984

No. 753. 93 Court Corp. et al. *v.* United States. C. A. 2d Cir. Certiorari denied. *Albert Foreman* for petitioners. *Acting Solicitor General Spritzer, Assistant Attorney General Douglas* and *David L. Rose* for the United States. ■

No. 757. Goranson, Administrator *v.* Capital Airlines, Inc., et al. C. A. 6th Cir. Certiorari denied. *Fred A. Smith* for petitioner. *Wayne E. Stichter* for respondents. ■

No. 771. Bates *v.* United States. C. A. 9th Cir. Certiorari denied. *Raymond E. Sutton* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States. ■

No. 774. World Airways, Inc. *v.* Northeast Airlines, Inc. C. A. 1st Cir. Certiorari denied. *Jerrold Scoutt, Jr.,* and *Raymond J. Rasenberger* for petitioner. *Laurence S. Fordham* for respondent. ■

No. 780. Releford *v.* United States. C. A. 6th Cir. Certiorari denied. *John F. Dugger* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States. ■

No. 787. Bank of America National Trust & Savings Association *v.* Federal Reserve Bank of San Francisco. C. A. 9th Cir. Certiorari denied. *Robert H. Fabian* and *Harris B. Taylor* for petitioner. *Solicitor General Marshall, Assistant Attorney General Douglas, Morton Hollander* and *Richard S. Salzman* for respondent. ■